# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DARRYL ANDRE KEYS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV47** |
| vs. ) | |
| ) | **ORDER** |
| **THE FUNNY BONE COMEDY CLUB** ) | |
| **OF OMAHA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' Joint Motion to extend the deposition deadline [37] is granted, and the deposition deadline is extended to January 2, 2007. All other progression order deadlines set in Order [29] remain in effect.

**DATED October 19, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**