IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DARRYL ANDRE KEYS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV47** |
| vs. | ) | |
| | ) | **ORDER** |
| **THE FUNNY BONE COMEDY CLUB OF OMAHA, INC.,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Upon review of the file,

**IT IS ORDERED** that the plaintiff's unopposed Motion to extend the deposition deadline [47] is granted, and the deposition deadline is extended from January 2, 2007 to March 1, 2007. All other progression order deadlines set in Order [29] remain in effect.

**DATED December 18, 2006.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**