```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DARRYL ANDRE KEYS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV47 |
| | ) | |
| v. | ) | |
| | ) | |
| THE FUNNY BONE COMEDY CLUB OF OMAHA, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's motion to consolidate cases for trial, filing 66, is granted and this case shall be consolidated for trial with the related case captioned as *Perkins v. The Funny Bone Comedy Club of Omaha, Inc*., 8:06cv00044.

2. Counsel shall submit to the undersigned their agreed or proposed order on pretrial conference by May 16, 2007.

DATED this 2nd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge