IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DARRYL ANDRE KEYS,** | ) | **CASE NO. 8:06CV47** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **THE FUNNY BONE COMEDY CLUB OF OMAHA, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Defendant's Motion in Limine (Filing No. 68) is withdrawn by Defendant based on the consolidation of this case for trial with *Perkins v. Funny Bone Comedy Club*, Case No. 8:06CV44; and

2. The Plaintiff's Motion in Limine (Filing No. 69), which is unopposed, is granted for the reasons stated in the Memorandum and Order dated today in *Perkins v. Funny Bone Comedy Club*, Case No. 8:06CV44, at Filing No. 135.

DATED this 6th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge