IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA PERKINS,<br>PATRICIA BERES, JAYME EEMAN,<br>and CYNTHIA JOHNSON-LANOHA, | ) ) ) ) | Case No. 8:06cv44 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE FUNNY BONE COMEDY CLUB<br>OF OMAHA, INC., | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

_____

| | | |
|---|---|---|
| DARRYL ANDRE KEYS, | ) ) | Case No. 8:06cv47 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE FUNNY BONE COMEDY CLUB<br>OF OMAHA, INC., | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

Upon the agreement reached during the settlement conference of June 25, 2007,

**IT IS ORDERED:**

1.  On or before **July 26, 2007,** the parties shall electronically file a joint stipulation

for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie

Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the

case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  Any hearings currently set are cancelled.

Dated this 26th day of June 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge